Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
20827 North Cave Creek Road, Suite 101
Phoenix, AZ  85024

Telephone:  (602) 482-4300
Facsimile:    (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Curtis Orr*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Curtis Orr,<br><br>          Plaintiff,<br><br>     v.<br><br>Life Insurance Company of North America;<br>McKesson Patient Relationship Solutions;<br>McKesson Corporation Employee Disability<br>Plan,<br><br>          Defendants. | Case No.  2:10-cv-00562-GMS<br><br>**NOTICE OF SETTLEMENT** |

  Plaintiff hereby gives notice that this case has settled.  The parties are working on finalizing the settlement documentation at this time.  The parties will, as soon as possible, file with the Court a Stipulation and Order to dismiss this case with prejudice.

      RESPECTFULLY SUBMITTED this 17th day of September, 2010.

           */s/ Scott E. Davis*
           Scott E. Davis
           Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2010 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

William M. Demlong, Esq.
Aeryn A. Heidemann, Esq.
Kunz, Plitt, Hyland, Demlong & Kleifield
3838 N. Central Ave., Ste. 1500
Phoenix, Arizona 85012-1902
(602) 331-4600

By:  /s/  Lisa L. Martinez
       An employee of Scott E. Davis, P.C.