# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Curtis Orr,<br><br>       Plaintiff,<br><br>       v.<br><br>Life Insurance Company of North America;<br>McKesson Patient Relationship Solutions;<br>McKesson Corporation Employee Disability<br>Plan,<br><br>       Defendants. | Case No.  CV-10-562-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties' Stipulated Motion to Dismiss Case with Prejudice (Doc. 22), and good cause appearing,

**IT IS HEREBY ORDERED** that this matter is dismissed, with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 6th day of October, 2010.

_____
G. Murray Snow
United States District Judge

-1-